


**FILED**
MAY 26 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

6

7

8             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION

10

11 In Re:                          )   Chapter 13
                                   )
12 YVONNE MYRA DAVINER             )   Case No. 10-60212 SLJ
                                   )
13                                 )   **NOTICE OF UNCLAIMED DIVIDEND**
                                   )
14              Debtor             )
                                   )
15 _____)

16 The final dividend to Debtor, YVONNE MYRA DAVINER in the above entitled matter was

17 returned marked:   MOVED LEFT NO ADDRESS - UNABLE TO FORWARD - RETURN

18 TO SENDER

19 It appearing to the Court that a reasonable effort was made to locate the Debtor, and good

20 cause appearing therefore,

21 IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk

22 of the above entitled Court, the sum of $200.00 as an unclaimed dividend.

23
            YVONNE MYRA DAVINER
24          16931 DEL MONTE AVE #267
            MORGAN HILL, CA  95037
25

26 Dated: May 24, 2011               _____
                                     DEVIN DERHAM-BURK, TRUSTEE
27

28

Case: 10-60212   Doc# 24   Filed: 05/26/11   Entered: 06/03/11 15:05:17   Page 1 of 2
10-60212 SLJ - Notice of Unclaimed Dividend

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
FEB 15 2011
Devin Derham-Burk
Trustee, Chapter 13

YVONNE MYRA DAVINER
16931 DEL MONTE AVE #267
MORGAN HILL, CA 95037

ADDRESS SERVICE REQUESTED



02 1M
0004264685  FEB 09 2011
MAILED FROM ZIP CODE 95032
$ 00.44⁰

951 N7E 1 211C 00 02/14/11
RETURN TO SENDER
DAVINER, YVONNE
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 951500001313        *1856-03258-09-42

